1  MICHAEL BARNES (State Bar No. 121314)
   SONIA MARTIN (State Bar No. 191148)
2  SONNENSCHEIN NATH & ROSENTHAL LLP
   525 Market Street, 26th Floor
3  San Francisco, CA  94105
   Telephone: (415) 882-5000
4  Facsimile:  (415) 882-0300
   Email:     mbarnes@sonnenschein.com
5             smartin@sonnenschein.com

6  Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10          SAN FRANCISCO/OAKLAND DIVISION

11  IRAJ SAFAPOUR and MAHVASH          No.  C 07-05070 JL
    SAFAPOUR,
12                                     **NOTICE TO PLAINTIFFS THAT**
13          Plaintiffs,                **ACTION HAS BEEN REMOVED TO**
                                       **FEDERAL COURT**
14       vs.

15  ALLSTATE INSURANCE COMPANY,
    and Does 1-50, inclusive,
16
            Defendants.
17

18       TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:

19          NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. sections 1332, 1441(a), and

20  1446, this action has been removed to the United States District Court for the Northern District

21  of California.  Copies of the Notice Of Removal Of Civil Action filed in the District Court and

22  the Notice That Action Has Been Removed filed in the Superior Court of California for the

23  County of Marin, are attached (without their exhibits) as Exhibit "1."

24          All further proceedings in this action shall take place before the United States District

25  Court for the Northern District of California.

26          .

27

28

CASE NO. C 07-05070 JL                          NOTICE TO PLAINTIFFS THAT
                                                ACTION HAS BEEN REMOVED

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1    Dated: October 4, 2007                    SONNENSCHEIN NATH & ROSENTHAL LLP

2

3

4                                             By _____

5                                                    SONIA MARTIN

6                                             Attorneys for Defendant
                                              ALLSTATE INSURANCE COMPANY
7

8    27278129

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-2-

# EXHIBIT 1

ORIGINAL
FILED

07 OCT -2 PM 2: 35

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   MICHAEL BARNES (State Bar No. 121314)
    SONIA MARTIN (State Bar No. 191148)
2   SONNENSCHEIN NATH & ROSENTHAL LLP
    525 Market Street, 26th Floor
3   San Francisco, CA 94105
    Telephone: (415) 882-5000
4   Facsimile: (415) 882-0300
    Email:     mbarnes@sonnenschein.com
5              smartin@sonnenschein.com

6   Attorneys for Defendant
    ALLSTATE INSURANCE COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO/OAKLAND DIVISION    C 07 5070 JL

11  IRAJ SAFAPOUR and MAHVASH        No.
    SAFAPOUR,
12                                   NOTICE OF REMOVAL OF CIVIL
              Plaintiffs,            ACTION
13
         vs.
14
    ALLSTATE INSURANCE COMPANY,
15  and Does 1-50, inclusive,

16            Defendants.

17

18       TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

19  NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFFS AND THEIR

20  ATTORNEYS OF RECORD:

21       PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. section 1441(a), defendant Allsate

22  Insurance Company hereby removes to this Court the action described herein and respectfully

23  submits the following statement of grounds for removal:

24                        THE SUPERIOR COURT ACTION

25       1.    On December 20, 2006, an action was commenced in the Superior Court of the

26  State of California for the County of Marin, entitled "Safapour, et al. v. Allstate Insurance

27  Company, and Does 1 through 50, inclusive," Case No. CV 065466 (the "Superior Court

28  Action").

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

CASE NO.                          -1-                    NOTICE OF REMOVAL

In the Superior Court Action, plaintiffs Iraj and Mahvash Safapour seek damages on account of Allstate's denial of coverage for a first party property damage claim arising from a December 29, 2005 rain storm. (Complaint ("Compl."), ¶ 10.) At the time the damage occurred, Allstate insured plaintiffs under Deluxe Plus Homeowners Policy 9 04 908190. (*Id.* at ¶ 6.) Seeking special, general, and punitive damages, attorneys' fees and costs of suit, plaintiffs assert causes of action against Allstate for breach of written insurance contract and breach of the implied covenant of good faith and fair dealing.

### SERVICE

2.    Allstate is informed and believes that the Summons and Complaint in the Superior Court Action were served on Allstate on or about January 3, 2007. Attached hereto as Exhibit "A" are true and correct copies of the Summons, Complaint, Answer and Case Management Statements and Orders, which Allstate believes constitute all pleadings and documents on file in the Superior Court Action.

### JURISDICTION

3.    By their admission in the Complaint in the Superior Court Action, plaintiffs were, at the time of filing of the Superior Court Action, now are, and at all relevant times have been, citizens and residents of the State of California. (Compl., ¶ 1.) Defendant Allstate was, at the time of filing of the Superior Court Action, now is, and at all relevant times has been, a corporation organized and existing under the laws of the State of Illinois, with its principal places of business in the city of Northbrook, Illinois.

4.    Plaintiffs and Allstate, accordingly, are citizens and residents of different states.

### AMOUNT IN CONTROVERSY

5.    Plaintiffs' original complaint failed to seek any specific amount of damages. On February 1, 2007, Allstate sent plaintiffs a First Set of Special Interrogatories pursuant to California Code of Civil Procedure section 2030. Allstate received plaintiffs' interrogatory responses on September 28, 2007. Attached hereto as Exhibit "B" is a true and correct copy of the plaintiffs' Responses to Allstate's First Set of Special Interrogatories.

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

14.   According to plaintiffs' interrogatory responses, plaintiffs' claim involves more than $75,000, exclusive of costs and interest.  Specifically, plaintiffs seek to recover compensation for property damage in the amount of $62,118.  (Ex. B, 6-7.)  Plaintiffs also seek consequential damages of approximately $1,000,000.  (Ex. B, 7.)  Further, plaintiffs also seek attorneys fees of at least $7,000.  (Ex. B, 7.)  Attorneys fees reasonably incurred to compel payment of insurance policy benefits are recoverable as an element of damages under *Brandt v. Superior Court*, 37 Cal. 3d 813 (1985), and therefore may be calculated in determining the amount of controversy in diversity cases.  *Galt G/S v. JSS Scandinavia*, 142 F.3d 1150, 1155-56 (9th Cir. 1998).  Finally, plaintiffs seek $200,000 in emotional distress damages.  (Ex. B, 7.)  As a result, plaintiffs seek compensatory damages exceeding $1.2 million.

15.   In addition, plaintiffs seek punitive damages of $1,000,000.  (Ex. B, 7.)  In calculating the amount in controversy, the Court must consider the punitive damages that may be recovered by a plaintiff if his claim for punitive damages should prevail.  *Surber v. Reliance Nat. Indem. Co.*, 110 F. Supp. 2d 1227, 1232 (N.D. Cal. 2000).

16.   The Superior Court Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1332, in that plaintiffs and Allstate are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

17.   Pursuant to 28 U.S.C. section 1446(b), if the initial pleading does not show the case is removable, a notice of removal may be filed within thirty days after receipt by the defendant of an "order or other paper from which it may first be ascertained that the case is one which is or has become removable."  Plaintiffs' Responses to Allstate's First Set of Special Interrogatories were the first documents submitted to Allstate showing that the amount in controversy for plaintiffs exceeded $75,000, as the complaint itself listed no specific damage claim at all.  Allstate received plaintiffs' interrogatory responses on September 28, 2007.  Accordingly, Allstate's removal is effected less than thirty days after its receipt of an "other paper from which it may first be ascertained that the case is . . . removable."

WHEREFORE, Allstate hereby gives notice that this action has been removed, in its entirety, from the Superior Court of the State of California for the County of Marin to the United

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1  States District Court for the Northern District of California, for further proceedings as though it

2  originally had been instituted herein.

3                                                      Respectfully submitted,

4  Dated: October 2, 2007                    SONNENSCHEIN NATH & ROSENTHAL LLP

5

6                                              By

7                                                      SONIA MARTIN

8                                              Attorneys for Defendant
                                               ALLSTATE INSURANCE COMPANY
9
   27278535
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1   MICHAEL BARNES (State Bar No. 121314)
    SONIA MARTIN (State Bar No. 191148)
2   SONNENSCHEIN NATH & ROSENTHAL LLP
    525 Market Street, 26th Floor
3   San Francisco, CA 94105
    Telephone: (415) 882-5000
4   Facsimile: (415) 882-0300
    Email:   mbarnes@sonnenschein.com
5            smartin@sonnenschein.com

6   Attorneys for Defendant
    ALLSTATE INSURANCE COMPANY

7

FILED

OCT 03 2007

KIM TURNER
Court Executive Officer
MARIN COUNTY SUPERIOR COURT
By: S. Petersen, Deputy

8               SUPERIOR COURT OF CALIFORNIA

9                   COUNTY OF MARIN

10                                                          BY FAX

11  IRAJ SAFAPOUR and MAHVASH          No. CV 065466
    SAFAPOUR,
12                                      **NOTICE TO STATE COURT THAT**
             Plaintiffs,                **ACTION HAS BEEN REMOVED TO**
13                                      **FEDERAL COURT**
         vs.
14
    ALLSTATE INSURANCE COMPANY,
15  and Does 1-50, inclusive,

16           Defendants.

17

18

19      TO THE CLERK OF THE ABOVE COURT:

20          Please take notice that, on October 2, 2007, defendant Allstate Insurance Company

21  removed this action to the United States District Court for the Northern District of California,

22  pursuant to 28 U.S.C. sections 1332, 1441(a), and 1446.  A copy of Notice Of Removal Of Civil

23  Action (without exhibits) is attached hereto as Exhibit "A."

24          PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. section 1446(d), the

25  filing of the Notice Of Removal Of Civil Action in the United States District Court followed by

26  the filing of this notice with this Court effected the removal of this action, and this Court may

27  not proceed further unless and until the action is remanded.

28

-1-

ALLSTATE INSURANCE COMPANY'S NOTICE TO STATE COURT OF REMOVAL

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1

Dated: October 3, 2007

SONNENSCHEIN NATH & ROSENTHAL LLP

2

3

4

By _____

SONIA MARTIN

5

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

6

27278540

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-2-