1  MICHAEL BARNES (State Bar No. 121314)
   SONIA MARTIN (State Bar No. 191148)
2  SONNENSCHEIN NATH & ROSENTHAL LLP
   525 Market Street, 26th Floor
3  San Francisco, CA 94105
   Telephone: (415) 882-5000
4  Facsimile: (415) 882-0300
   Email:   mbarnes@sonnenschein.com
5           smartin@sonnenschein.com

6  Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO/OAKLAND DIVISION

11 | IRAJ SAFAPOUR and MAHVASH SAFAPOUR, | No. C 07-05070 JL |
   | Plaintiffs, | **PROOF OF SERVICE** |
   | vs. | |
   | ALLSTATE INSURANCE COMPANY, and Does 1-50, inclusive, | |
   | Defendants. | |

PROOF OF SERVICE

I, Gloria Courtney, hereby declare:

I am employed in the City of Walnut Creek, and in the County of Contra Costa, California, in the office of a member of the bar of this court, at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Sonnenschein Nath & Rosenthal LLP, 2121 North California Street, Suite 800, Walnut Creek, California 94596.

On October 4, 2007, I caused to be served on the interested parties in this action the following documents:

1. **Notice to Plaintiffs That Action Has Been Removed To Federal Court;**
2. **Notice Of Removal Of Civil Action;**
3. **Notice To State Court That Action Has Been Removed To Federal Court;**
4. **Order Setting Initial Case Management Conference And ADR Deadlines;**
5. **Notice Of Assignment To A United States Magistrate Judge For Trial; blank Consent To Proceed Before A United States Magistrate Judge; blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge;**
6. **ECF Registration Information Handout;**
7. **U.S. District Court, San Francisco Filing Guidelines**

by placing true copies thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Sonnenschein Nath & Rosenthal LLP, as follows:

Attorney for Plaintiffs:

William Green, Esq.
Delfino Green & Green
1010 B Street, Suite 320
San Rafael, CA 94901

☒  U.S. MAIL: I am personally and readily familiar with the business practice of Sonnenschein Nath & Rosenthal LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on October 4, 2007, at Walnut Creek, California.

_/s/ Gloria Courtney_
Gloria Courtney

-2-

CASE NO. C 07-05070 JL                                                           PROOF OF SERVICE