MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile:  (415) 882-0300
Email:      mbarnes@sonnenschein.com
            smartin@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| IRAJ SAFAPOUR and MAHVASH SAFAPOUR,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1-50, inclusive,<br><br>Defendants. | No. C07-05070 JL<br><br>NOTICE OF DECLINATION OF CONSENT TO JURISDICTION OF MAGISTRATE JUDGE |

PLEASE TAKE NOTICE that defendant Allstate Insurance Company respectfully declines to submit to the jurisdiction of a Magistrate Judge.

Respectfully submitted,

Dated: October 9, 2007

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
SONIA MARTIN

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY