**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRAJ SAFAPOUR,<br><br>      Plaintiff,<br><br>  v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>      Defendant.<br>_____/ | No. C 07-05070 MJJ<br><br>**Clerk's Notice**<br>**Scheduling Case**<br>**Management Conference**<br>**on Reassignment** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the Court has scheduled an *Initial Case Management Conference* for **Tuesday, 01/22/08** at **2:00 PM** before the Honorable Martin J. Jenkins upon reassignment. Please report to Courtroom 11, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.  Not less than 10 days prior, counsel shall submit a joint case management conference statement.

For a copy of Judge Jenkins' Standing Order and other information, please refer to the Court's website at **www.cand.uscourts.gov**.

Dated: October 12, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    R. B. Espinosa
    Deputy Clerk