1  WILLIAM GREEN (State Bar No. 129816)
   DELFINO GREEN & GREEN
2  1010 B Street, Suite 320
   San Rafael, CA 94901
3  Telephone: (415) 442-4646
   Facsimile: (415) 442-4802
4  Email:

5  Attorneys for Plaintiffs
   IRAJ and MAHVASH SAFAPOUR
6

7  MICHAEL BARNES (State Bar No. 121314)
   SONIA MARTIN (State Bar No. 191148)
8  MEGAN DUNHAM (State Bar No. 245991)
   SONNENSCHEIN NATH & ROSENTHAL LLP
9  525 Market Street, 26th Floor
   San Francisco, CA 94105
10 Telephone: (415) 882-5000
   Facsimile: (415) 882-0300
11 Email:    mbarnes@sonnenschein.com
             smartin@sonnenschein.com
12

13 Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY
14

15                      UNITED STATES DISTRICT COURT

16                     NORTHERN DISTRICT OF CALIFORNIA

17                          SAN FRANCISCO DIVISION

18 | IRAJ SAFAPOUR and              | No. C07 05070 MJJ
   | MAHVASH SAFAPOUR,              |
19 |                                | JOINT CASE MANAGEMENT
   |        Plaintiffs,             | STATEMENT AND [PROPOSED] ORDER
20 |                                |
   |   vs.                          | Date:   January 22, 2008
21 |                                | Time:   2:00 p.m.
   | ALLSTATE INSURANCE COMPANY,    | Place:  Courtroom 11, 19th Floor
22 | and Does 1-50, inclusive,      | Before: Hon. Martin J. Jenkins
   |                                |
23 |        Defendants.             |

24

25      The parties to the above-entitled action jointly submit this Case Management Statement

26 and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

27

28

CASE NO. C07 05070 MJJ                    -1-                              JT. CMC STATEMENT

## DESCRIPTION OF THE CASE

1. **A brief description of the events underlying the action:**

Plaintiffs Iraj and Mahvash Safapour seek damages on account of Allstate's denial of their first-party insurance claim for damage to the dwelling located at 95 Spring Lane in Tiburon. Specifically, plaintiffs contend their house and personal property were damaged by a rain storm on or about December 29, 2005.

Allstate insured plaintiffs on the date of loss under a Deluxe Plus Homeowners Policy (the "Policy"). When plaintiffs tendered a claim, Allstate denied coverage, citing various exclusions in the Policy. Seeking special, general, consequential and punitive damages, attorneys fees, and costs of suit, plaintiffs sue Allstate for "tortious breach of insurance contract."

Allstate contends it properly denied coverage because the applicable policy does not cover loss or damage caused by or consisting of age, deterioration, defects, workmanship or wear and tear.

2. **The principal factual issues which the parties dispute:**
   a. The cause of plaintiffs' loss.
   b. The monetary extent of plaintiffs' loss.

3. **The principal legal issues which the parties dispute:**
   a. Whether plaintiffs' loss is covered under the policy.
   b. Whether Allstate's conduct constituted bad faith.

4. **The other factual issues** *[e.g. service of process, personal jurisdiction, subject matter jurisdiction or venue]* **which remain unresolved for the reason stated below and how the parties propose to resolve those issues:** None.

5. **The parties which have not be served and the reasons:** None.

6. The additional parties which the below-specified parties intend to join and the intended time frame for such joinder:

| PARTY | ADDITIONAL PARTIES | DEADLINE |
|---|---|---|
| Plaintiffs | None | n/a |
| Defendant | None | n/a |

7. The following parties consent to assignment of this case to a United States Magistrate Judge for *[court or jury]* trial:

Plaintiffs consent to assignment of this case to a magistrate judge. Allstate believes that it will be agreeable to trial by one or more of the magistrate judges proposed by plaintiffs. The parties will file an amended statement if they can agree on one or more magistrate judges to adjudicate this case.

## ALTERNATIVE DISPUTE RESOLUTION

8. ☒ The parties have filed a Stipulation and Proposed Order selecting an ADR process and the ADR process that the parties jointly request is: Early Neutral Evaluation.

## DISCLOSURES

10. The parties certify that they have made the following disclosures *[list disclosures of persons, documents, damage computation and insurance agreements]*.

    a. Persons and categories of documents disclosed pursuant to Fed. R. Civ. P. 26(a)(1):

    The parties have exchanged Initial Disclosures.

    b. Disclosures as required by Fed. R. Civ. P. 26(3) will be supplemented at the following intervals: As new information is discovered by disclosing party.

## FILING OF MOTIONS

11. The following motions expected to have a significant effect either on the scope of discovery or other aspects of the litigation shall be heard by the date specified below:

| MOVING PARTY | NATURE OF MOTION | HEARING DATE |
|---|---|---|
| Defendant | Summary Judgment | May 2008 |

## DISCOVERY

11. The parties agree to the following discovery plan *[Describe the plan e.g. any limitations on the number, duration of subject matter for the various kinds of discovery]*:

The parties anticipate no reason to deviate from the federal local rules governing discovery and currently anticipate no dispute requiring the Court's intervention.

## TRIAL SCHEDULE

12. The parties request a trial date as follows: October 2008

13. Anticipated length of trial (number of days): 3-5 days (jury trial)

## IDENTIFICATION AND SIGNATURE OF LEAD TRIAL COUNSEL

14. Identify by name, address and phone number lead trial counsel for each party.

Plaintiffs

William Green
Delfino Green & Green
1010 B Street, Suite 320
San Rafael, CA 94901
Telephone: (415) 442-4646
Facsimile: (415) 442-4802

_____/s/_____
William Green

Defendant

Michael Barnes
Sonnenschein Nath & Rosenthal LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

_____/s/_____
Michael Barnes

## [PROPOSED] ORDER

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.

[The Court may wish to make additional orders as follows:

_____

_____

_____

IT IS SO ORDERED.

Date: _____          _____
                                     United States District Judge

27280156