IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**          Courtroom Clerk:  **Monica Narcisse**

DATE:  **January 22, 2008**          [**2:19 pm - 2:30 pm**]          Court reporter:

Case Number:          **C07-05070 MJJ**

Case Name:          **IRAJ SAFAPOUR**          v.          **ALLSTATE INSURANCE COMPANY**

COUNSEL FOR PLAINTIFF(S):                              COUNSEL FOR DEFENDANT(S):
**William Green**                                       **Sonia Martin**

TYPE OF HEARING:          Initial Case Management Conference


ORDERED AFTER HEARING:
- 

ORDER TO BE PREPARED BY:     Plntf ()   Deft ()   Joint ()   Court (**x**)

Referred to Magistrate Judge **Chen**     For:   **Settlement in December 2008***
(The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge with thirty (30) days.)


CASE CONTINUED TO:                    for

Discovery Cut-Off:  **8/29/2008**     Expert Discovery Cut-Off:   **10/3/2008**

Parties to Name Experts by:     **8/29/2008**     Expert Reports to be Tendered by:       **9/12/2008**

Designation of Supplemental/Rebuttal Experts:  **9/26/2008**     Reports:     **9/26/2008**

Dispositive Motion shall be heard by:     **11/18.2008**

Pre-Trial Conference Date:          **January 6, 2009**    at 3:30 p.m.

Trial Date:     **January 12, 2009** at 8:30 a.m.     Set for **3-5** days
          Type of Trial:   (**X**)Jury      ( )Court

Notes:

cc:          **Betty, Wings**