# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Safapour,<br><br>            Plaintiff(s),<br><br>    v.<br><br>Allstate Insurance Company,<br><br>            Defendant(s). | 07-05070 MJJ ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Philip H. Kelly**
> Kelly, Jackson, Christianson & Smith LLP
> 100 B. St., Suite 430
> Santa Rosa, CA 95401
> 707-578-7160

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-05070 MJJ ENE                                  - 1 -

1   Counsel are reminded that the written ENE statements required by the ADR L.R.
2   5-8 shall NOT be filed with the court.

4   Dated: February 4, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Evaluator**
07-05070 MJJ ENE                           - 2 -