1  WILLIAM GREEN (State Bar No. 129816)
   DELFINO GREEN & GREEN
2  1010 B Street, Suite 320
   San Rafael, CA  94901
3  Telephone:  (415) 442-4646
   Facsimile:  (415) 442-4802
4  Email:

5  Attorneys for Plaintiffs
   IRAJ and MAHVASH SAFAPOUR
6

7  MICHAEL BARNES (State Bar No. 121314)
   SONIA MARTIN (State Bar No. 191148)
8  MEGAN DUNHAM (State Bar No. 245991)
   SONNENSCHEIN NATH & ROSENTHAL LLP
9  525 Market Street, 26th Floor
   San Francisco, CA  94105
10 Telephone: (415) 882-5000
   Facsimile:  (415) 882-0300
11 Email:       mbarnes@sonnenschein.com
                smartin@sonnenschein.com
12

13 Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY
14

15            UNITED STATES DISTRICT COURT

16          NORTHERN DISTRICT OF CALIFORNIA

17                 OAKLAND DIVISION

18 IRAJ SAFAPOUR and            No.  C07 05070 SBA
   MAHVASH SAFAPOUR,
19                              JOINT CASE MANAGEMENT
              Plaintiffs,       STATEMENT AND [PROPOSED] ORDER
20
        vs.                     Date:      March 13, 2008
21                              Time:      3:30 p.m.
   ALLSTATE INSURANCE COMPANY,  Place:     Courtroom 3, 3rd Floor
22 and Does 1-50, inclusive,    Before:    Hon. Saundra B. Armstrong

23            Defendants.

24

25        The parties to the above-entitled action jointly submit this Case Management Statement

26 and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

27

28

1

## DESCRIPTION OF THE CASE

2

    **1.    A brief description of the events underlying the action:**

3

    Plaintiffs Iraj and Mahvash Safapour seek damages on account of Allstate's denial of

4

their first-party insurance claim for damage to the dwelling located at 95 Spring Lane in

5

Tiburon.  Specifically, plaintiffs contend their house and personal property were damaged by a

6

rain storm on or about December 29, 2005.

7

    Allstate insured plaintiffs on the date of loss under a Deluxe Plus Homeowners Policy

8

(the "Policy").  When plaintiffs tendered a claim, Allstate denied coverage, citing various

9

exclusions in the Policy.  Seeking special, general, consequential and punitive damages,

10

attorneys fees, and costs of suit, plaintiffs sue Allstate for "tortious breach of insurance

11

contract."

12

    Allstate contends it properly denied coverage because the applicable policy does not

13

cover loss or damage caused by or consisting of age, deterioration, defects, workmanship or

14

wear and tear.

15

    **2.    The principal factual issues which the parties dispute:**

16

        a.    The cause of plaintiffs' loss.

17

        b.    The monetary extent of plaintiffs' loss.

18

    **3.    The principal legal issues which the parties dispute:**

19

        a.    Whether plaintiffs' loss is covered under the policy.

20

        b.    Whether Allstate's conduct constituted bad faith.

21

    **4.    The other factual issues** *[e.g. service of process, personal jurisdiction, subject*

22

*matter jurisdiction or venue]* **which remain unresolved for the reason stated below and how**

23

**the parties propose to resolve those issues:**  None.

24

    **5.    The parties which have not be served and the reasons:**  None.

25

26

27

28

**6.     The additional parties which the below-specified parties intend to join and the intended time frame for such joinder:**

| PARTY | ADDITIONAL PARTIES | DEADLINE |
|---|---|---|
| Plaintiffs | None | n/a |
| Defendant | None | n/a |

**7.     The following parties consent to assignment of this case to a United States Magistrate Judge for** *[court or jury]* **trial:**

The parties do not consent to assignment of this case to a magistrate judge.

**ALTERNATIVE DISPUTE RESOLUTION**

**8.     ☒     The parties have filed a Stipulation and Proposed Order selecting an ADR process and the ADR process that the parties jointly request is:**  Early Neutral Evaluation.

**DISCLOSURES**

**10.    The parties certify that they have made the following disclosures** *[list disclosures of persons, documents, damage computation and insurance agreements]***.**

        a.     Persons and categories of documents disclosed pursuant to Fed. R. Civ. P. 26(a)(1):

            The parties have exchanged Initial Disclosures.

        b.     Disclosures as required by Fed. R. Civ. P. 26(3) will be supplemented at the following intervals:  As new information is discovered by disclosing party.

**FILING OF MOTIONS**

**11.    The following motions expected to have a significant effect either on the scope of discovery or other aspects of the litigation shall be heard by the date specified below:**

| MOVING PARTY | NATURE OF MOTION | HEARING DATE |
|---|---|---|
| Defendant | Summary Judgment | November 2008 |

1

## DISCOVERY

2    **11.    The parties agree to the following discovery plan** *[Describe the plan e.g. any*

3    *limitations on the number, duration of subject matter for the various kinds of discovery]:*

4    The parties anticipate no reason to deviate from the federal local rules governing discovery

5    and currently anticipate no dispute requiring the Court's intervention.

6    ## TRIAL SCHEDULE

7    **12.    The parties request a trial date as follows:** January 2009

8    **13.    Anticipated length of trial (number of days):** 3-5 days (jury trial)

9

10    ## IDENTIFICATION AND SIGNATURE OF LEAD TRIAL COUNSEL

11    **14.    Identify by name, address and phone number lead trial counsel for each party.**

12    Plaintiffs                                    Defendant

13    William Green                            Michael Barnes
      Delfino Green & Green                    Sonnenschein Nath & Rosenthal LLP
14    1010 B Street, Suite 320                 525 Market Street, 26th Floor
      San Rafael, CA  94901                    San Francisco, CA 94105
15    Telephone:  (415) 442-4646               Telephone: (415) 882-5000
      Facsimile:  (415) 442-4802              Facsimile: (415) 882-0300
16

17    _____/s/_____        _____/s/_____
      William Green                            Michael Barnes
18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2   The Case Management Statement and Proposed Order is hereby adopted by the Court as

3 the Case Management Order for the case and the parties are ordered to comply with this Order.

4   [The Court may wish to make additional orders as follows:

5 _____

6 _____

7 _____

8   IT IS SO ORDERED.

9

10 Date: _____   _____

11            United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28