# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Safapour,<br><br>       Plaintiff(s),<br><br>    v.<br><br>Allstate Insurance Company,<br><br>       Defendant(s). | No. C 07-05070 MJJ ENE<br><br>**Certification of ADR Session** |

*Instructions*: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☑ ENE session on (date) **4.24.08**

2. Did the case settle?    ☑ fully    ☐ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. IS THIS ADR PROCESS COMPLETED?    ☑ YES    ☐ NO

Dated: **4.24.08**            _____
                              Evaluator, Philip H. Kelly
                              Kelly, Jackson, Christianson & Smith LLP
                              100 B. St., Suite 430
                              Santa Rosa, CA 95401

**Certification of ADR Session**
07-05070 MJJ ENE