UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAFAPOUR ET AL, ) | No. C07-05070 SBA |
|       Plaintiff, ) | |
| ) | ORDER DISMISSING ACTION |
| vs. ) | |
| ) | |
| ALLSTATE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
|       Defendant. ) | |
| ) | |

       The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

       IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED.

       IT IS SO ORDERED.

DATED: 4/30/08

                          _____
                           SAUNDRA BROWN ARMSTRONG
                           United States District Judge