WILLIAM GREEN (State Bar No. 129816)
DELFINO GREEN & GREEN
1010 B Street, Suite 320
San Rafael, CA 94901
Telephone: (415) 442-4646
Facsimile: (415) 442-4802
Email:

Attorneys for Plaintiffs
IRAJ and MAHVASH SAFAPOUR


MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
MEGAN DUNHAM (State Bar No. 245991)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email:   mbarnes@sonnenschein.com
         smartin@sonnenschein.com
         mdunham@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IRAJ SAFAPOUR and MAHVASH SAFAPOUR,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, and Does 1-50, inclusive,<br><br>Defendants. | No. C07 05070 SBA<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate that this action against Allstate Insurance Company shall be DISMISSED in its entirety WITH PREJUDICE. Each side shall bear its own fees and costs.

IT IS SO STIPULATED.

Dated: May 16, 2008

DELFINO GREEN & GREEN

By: /s/ William Green
WILLIAM GREEN

Attorneys for Plaintiffs
IRAJ SAFAPOUR AND MAHVASH SAFAPOUR

Dated: May 23, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

By: /s/ Michael Barnes
MICHAEL BARNES

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED.

Dated: _____

_____
Hon. Saundra Brown Armstrong

---

CASE NO. C07 05070 SBA

-2-

STIPULATION FOR DISMISSAL WITH PREJUDICE